**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>                 Plaintiff,<br><br>      v.<br><br>K. PENATE,<br><br>                Defendant. | Case No. CV 15-2268-JFW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED:

      1.    Defendant's Motion to Revoke (docket no. 28) is GRANTED;

      2.    The Court's May 5, 2015 Order Re Request to Proceed Without Prepayment of Filing Fees (docket no. 9) is REVOKED; and

      3.    The Second Amended Complaint and this action shall be dismissed

| | |
|---|---|
| 1 | unless, within thirty days of this Order Accepting, plaintiff pays the |
| 2 | balance of the $350 filing fee due in this case, that is, $348.17. |

DATED:   September 16, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE